FILE COPY

# IN THE SUPREME COURT OF TEXAS

-- -- -- --

NO. 15-0177

| | | |
|---|---|---|
| **LEGACY HILLCREST INVESTMENTS, LP** | § § § § | **Dallas County,** |
| v. | § § | |
| **THE BOARD OF ADJUSTMENT OF THE CITY OF UNIVERSITY PARK, TEXAS** | § § § § | **5th District.** |

**September 4, 2015**

Petitioner's petition for review, filed herein in the above numbered and styled case, having been duly considered, is ordered, and hereby is, denied.

**November 13, 2015**

Petitioner's motion for rehearing of petition for review, filed herein in the above numbered and styled case, having been duly considered, is ordered, and hereby is, denied.

★ ★ ★ ★ ★ ★ ★ ★ ★ ★

I, BLAKE A. HAWTHORNE, Clerk of the Supreme Court of Texas, do hereby certify that the above and attached is a true and correct copy of the orders of the Supreme Court of Texas in the case numbered and styled as above, as the same appear of record in the minutes of said Court under the date shown.

It is further ordered that petitioner, LEGACY HILLCREST INVESTMENTS, LP, pay all costs incurred on this petition.

WITNESS my hand and seal of the Supreme Court of Texas, at the City of Austin, this the 13th day of November, 2015.



Blake A. Hawthorne, Clerk

By Monica Zamarripa, Deputy Clerk